UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mack Industries Ltd., et al.,<br><br>Debtor(s)<br>Ronald R. Peterson, as chapter 7 trustee for Mack Industries II LLC, et al.,<br><br>Plaintiff(s)<br>Colony American Finance Lender LLC, et al.,<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 17-09308<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Carol A. Doyle<br><br>Adv. No.: 19-00576 |

**Order Granting the Trustee's Motion for Leave to Amend and Request for Shortened Notice**

This matter coming on the the motion (the "Motion") of Ronald R. Peterson, as chapter 7 trustee for Mack Industries II LLC, et al., (the "Trustee") for leave to amend and request for shortened notice (the "Motion"), IT IS ORDERED THAT:

1. The Motion is granted as follows;

2. The Trustee is granted leave to file his second-amended complaint by April 29, 2021;

3. The time for the defendants to file a notice electing not to participate in the mediation process under paragraph 4(a)(iii) of the Second Amended Order Approving Procedures Governing Avoidance Actions (ECF No. 55) (the "Procedures Order") is extended to (a) May 28, 2021 if Defendants do not move to dismiss the Trustee's Second Amended Complaint; or (b) the 28th day after the Court rules on Defendants' Motion to Dismiss the Second Amended Complaint if Defendants move to dismiss; and

4. Discovery under paragraph 5 of the Procedures order is stayed pending further order of Court.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 21, 2021

**Prepared by:**
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602

Form G6 (20200713_apo)

Tel: (312) 878-0969
Fax: (847) 574-8233
Email: jpaulsen@wfactorlaw.com